IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE ALLEN BREUSS,

      Plaintiff,                    No. 2:13-cv-0184 KJN P

    vs.

BUTTE COUNTY JAIL, et al.,

      Defendants.            ORDER

_____/

        Plaintiff, a prisoner at Butte County Jail, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has also filed an application to proceed in forma pauperis; however, plaintiff has not signed the application. See 28 U.S.C. §§ 1914(a), 1915(a). The remainder of the application is complete, and plaintiff has submitted the required "Certificate of Funds" completed by a jail official. Plaintiff will be provided the opportunity to submit a newly completed and signed affidavit in support of his request to proceed in forma pauperis, or the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall, within thirty days after service of this order, submit an affidavit in support of his request to proceed in forma pauperis, on the form provided herewith by the Clerk of Court, or the appropriate filing fee; plaintiff need not submit another affidavit from jail

officials regarding the amount of funds in plaintiff's trust account.

        2. Failure to comply with this order will result in the dismissal of this action.

        3. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

        SO ORDERED.

DATED: February 5, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

breu0184.3a

2