IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE ALLEN BREUSS,

       Plaintiff,                    No. 2:13-cv-0184 KJN P

   vs.

BUTTE COUNTY JAIL, et al.,

       Defendants.             <u>ORDER</u>

_____ /

       Plaintiff, a prisoner at Butte County Jail, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has also filed an application to proceed in forma pauperis; however, plaintiff has not signed the application. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). The remainder of the application is complete, and plaintiff has submitted the required "Certificate of Funds" completed by a jail official. Plaintiff will be provided the opportunity to submit a newly completed and signed affidavit in support of his request to proceed in forma pauperis, or the appropriate filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff shall, within thirty days after service of this order, submit an affidavit in support of his request to proceed in forma pauperis, on the form provided herewith by the Clerk of Court, or the appropriate filing fee; plaintiff need not submit another affidavit from jail

1

1  officials regarding the amount of funds in plaintiff's trust account.

2      2. Failure to comply with this order will result in the dismissal of this action.

3      3. The Clerk of Court is directed to send plaintiff a new Application to Proceed In

4  Forma Pauperis By a Prisoner.

5      SO ORDERED.

6  DATED: February 5, 2013

7

8      _____
    KENDALL J. NEWMAN

9      UNITED STATES MAGISTRATE JUDGE

10  breu0184.3a

2