IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE ALLEN BREUSS,

    Plaintiff,                    No. 2:13-cv-0184 KJN P

    vs.

BUTTE COUNTY JAIL, et al.,        ORDER AND

    Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed February 6, 2013, plaintiff was ordered to file a signed in forma pauperis affidavit or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a signed in forma pauperis affidavit or paid the appropriate filing fee.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

        IT IS RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

1

days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  April 19, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

breu0184.fifp